**Opinion filed August 7, 2025**



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00144-CV

_____

## JOHNNY GOMEZ, Appellant

## V.

## HTO EMP, LLC, Appellee

**On Appeal from the County Court at Law No. 2**
**Midland County, Texas**
**Trial Court Cause No. DCC-25-00001**

### M E M O R A N D U M   O P I N I O N

Appellant, Johnny Gomez, filed a pro se notice of appeal from the trial court's judgment. When the appeal was docketed, the clerk of this court notified Appellant that the filing fee was due on or before June 5, 2025. Appellant did not pay the fee, nor did he file a docketing statement. *See* TEX. R. APP. P. 5, 32.1. On June 9, June 18, and June 26, we notified Appellant by letter that the fee and the docketing statement were overdue, extended Appellant's compliance dates, and informed him

that the failure to comply with these requirements may result in dismissal of the appeal.  *See* TEX. R. APP. P. 5, 42.3.

On July 15, the trial court clerk's office and the court reporter each filed a request for extension to file their respective records in this cause, stating that Appellant has not submitted a request for preparation or a written designation for the records, nor has he paid or made arrangements to pay for the records.  On the same day, we notified Appellant by letter that he must make payments and designations for these records and informed him that the appeal may be dismissed if he failed to do so by July 22.  Appellant has informed this court that he does not wish to pursue the appeal.

Because Appellant has failed to pay the required filing fee, failed to pay or make arrangements to pay for the preparation of the clerk's record, failed to comply with this court's directives, and notified this court that he no longer wishes to pursue the appeal, we dismiss the appeal.  *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

W. STACY TROTTER

JUSTICE

August 7, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.